## Salton *v.* Ray, Appellant.

Argued April 17, 1975. *Terry T. Ray*, appellant, in propria persona; *J. Duff*, for appellee.

Order affirmed.

## Schofield, et ux., Appellants, *v.* Bessemer and Lake Erie Railroad Company, et al.

Argued April 15, 1975. *Robert L. Walker*, with him *Thomas, Shafer, Walker, Dornhaffer & Swick*, for appellants; *George Hardy Rowley* and *John F. Potter*, with them *Voorhies, Dilley, Keck, Rowley & Wallace*, and *McDonald, Illig, Jones & Britton*, for appellees.

Order affirmed.